FILED
CLERK, U.S. DISTRICT COURT

NOV 25 2024

CENTRAL DISTRICT OF CALIFORNIA
BY: /s/ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CEASAR SEREFINO CRUZ, <br><br> Defendant. | Case No. 8:16-CR-00163-JVS-1 <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

    A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

    B. (X) The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the reasons stated on the record during the hearing, including new convictions for unlawful possession of a loaded, unregistered firearm, resisting arrest and tampering with a vehicle which reflect unwillingness to comply with the terms of supervised release.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 11/25/24

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge