FILED
CLERK, U.S. DISTRICT COURT
10/13/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CEASER CEFERINO CRUZ, Defendant. | Case No.: 8:16-cr-00163-JVS<br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of CA, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (x) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on instant allegations, substance abuse, lack of stable residence, prior escape allegations / failures to appear

________________________________________________________

________________________________________________________

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on substance abuse; new criminal charges and prior criminal history

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 10/13/2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE